**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MARTHA DURAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:13-CV-2133-RWS |
| KHIANI ALPHARETTA, LLC, a : | |
| Georgia Limited Liability : | |
| Company and MEETA KHIANI : | |
| and ARJUN KHIANI, Individuals, : | |
| : | |
| Defendants. : | |

## **ORDER**

This case came before the Court for a bench trial on February 18, 2015. After considering the evidence and arguments of counsel, the Court enters the following findings of fact and conclusions of law.

1. Plaintiff Martha Duran ("Plaintiff") brought this action seeking to recover damages pursuant to the Fair Labor Standards Act ("FLSA") based on the failure of Defendants to pay overtime pay as required by law.

2. At all times relevant to her claim, Plaintiff was an employee of Defendants.

AO 72A
(Rev.8/82)

3. At all times relevant to Plaintiff's claims, Defendants were an enterprise engaged in commerce as contemplated by the FLSA.

4. On occasions, Plaintiff was not paid overtime for hours worked over forty (40) hours in a work week.

5. Defendants Meeta Khiani and Arjun Khiani had operational control of Khiani Alpharetta, LLC and are jointly and severally liable to Plaintiff.

6. Defendants knew or showed a reckless disregard for the fact that their conduct was forbidden by the FLSA. Therefore, Plaintiff is entitled to recover damages for three (3) years, plus liquidated damages and attorney's fees.

7. Plaintiff was paid an hourly rate for every hour she worked. However, she was not paid additional half time for overtime hours worked.

8. By agreement of the Parties, counsel was directed to submit a consolidated statement of attorney's fees and costs for Plaintiff in this case and the related cases (Civil Action Nos. 1:13-CV-1415 and 1:13-CV-1519). The total awarded is to be split among the four Plaintiffs. Counsel has submitted his

statement, to which no objections were filed. Having reviewed the statement, the Court finds that the number of hours and the hourly rate are reasonable.

9. Defendants failed to pay to Plaintiff $18,061.92 in overtime pay to which she was entitled. Therefore, Plaintiff is entitled to recover $18,061.92 for overtime pay.

10. Plaintiff is also entitled to recover $18,061.92 as liquidated damages.

11. Plaintiff is entitled to recover $18520.50 as attorney's fees and costs.

The Clerk is hereby **ORDERED** to enter judgment in favor of Plaintiff and against Defendants in the sum of $54,644.34.

**SO ORDERED**, this   6th   day of April, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)