UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARTHA DURAN,

        Plaintiff,

vs.

KHIANI ALPHARETTA, LLC, et al.,

        Defendants.

CIVIL ACTION FILE

NO. 1:13-cv-2133-RWS

## J U D G M E N T

This action having come before the court, for a bench trial, Honorable Richard W. Story, United States District Judge, having reviewed the record and considered the evidence and arguments of counsel, it is

**Ordered and Adjudged** that the Court finds in favor of Plaintiff Martha Duran and against Defendants in the sum of $54,644.34

Dated at Atlanta, Georgia, this 7th day of April, 2015.

                              JAMES N. HATTEN
                              CLERK OF COURT

                    By:   s/Cynthia Mercado
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 7, 2015
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
      Deputy Clerk